# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

152195

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

STANLEY G. DENHOF,
        Plaintiff-Appellant,

v

JENNELL L. CHALLA,
        Defendant-Appellee.

SC: 152195
COA: 321862
Ottawa CC: 13-003420-CZ

_____/

      On order of the Court, the application for leave to appeal the July 28, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



Clerk

p0321